U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2009 JUN 17  AM 11: 09

BY _____
CLERK

DEPUTY CLERK

## UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF VERMONT

MARION JOHNSON, individually and   )
on behalf of all others similarly situated,   )
      Plaintiffs,   )
                        )
      v.   )        Docket No. 2:08-cv-213
                        )
ETHEX CORPORATION and   )
K-V PHARMACEUTICAL COMPANY,   )
      Defendants   )

### STIPULATION AND PROPOSED ORDER FOR DISMISSAL WITH PREJUDICE

    The parties hereto, through their respective counsel, hereby stipulate and agree that the

following entry may be made with respect to all claims: DISMISSED WITH PREJUDICE.

Christopher J. Larson
Andrew M. Carter
MEUB ASSOCIATES, INC.
65 Grove Street
Rutland, VT 05701
(802)-747-0610 - *telephone*
(802)-747-9628 - *facsimile*

Michael A. Caddell (admitted *pro hac vice*)
Cynthia B. Chapman (admitted *pro hac vice*)
George Y. Niño (admitted *pro hac vice*)
CADDELL & CHAPMAN
1331 Lamar, Suite 1070
Houston, TX 77010
(713)-751-0400 - *telephone*
(713)-751-0906 - *facsimile*

**ATTORNEYS FOR PLAINTIFF MARION
JOHNSON, as an individual and on behalf of all
others similarly situated**

RECEIVED JUN - 3 2009

_Robert B. Hemley (mB)_

Robert B. Hemley
GRAVEL AND SHEA
76 St. Paul Street, 7th Floor
P. O. Box 369
Burlington, VT  05402-0369
(802)-658-0220 - *telephone*
(802)-658-1456 - *facsimile*

C. Michael Moore (admitted *pro hac vice*)
Margaret D. Hall (admitted *pro hac vice*)
Christopher W. Reynolds (admitted *pro hac vice*)
SONNENSCHEIN NATH & ROSENTHAL LLP
2000 McKinney Ave., Ste. 1900
Dallas, TX 75201
214-259-0900 - *telephone*
214-259-0910 - *facsimile*

Sandra D. Hauser (admitted *pro hac vice*)
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, NY 10020
212-768-6802 - *telephone*
212-768-6800 - *facsimile*

**ATTORNEYS FOR ETHEX CORPORATION
AND K-V PHARMACEUTICAL COMPANY**

**APPROVED and SO ORDERED:**

U.S. District Judge

Dated: 6 /17    2009.